No. 91–7554. HUGHES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7577. DONNELLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7584. CURTIUS *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 91–7587. HAYES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7590. CUERVO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7591. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7592. HENSHAW *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 91–7594. WATSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7596. KOONCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7605. ABREU *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–7606. WILSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7608. MEYERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7609. MARTINEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7613. GOLDSTEIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7615. CASTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.